■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MANUEL ORTIZ, Also Known as JUAN ORTIZ ALVEAR, Appellant. [761 NYS2d 868] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 29, 2001 (*People v Ortiz*, 287 AD2d 744 [2001]), affirming a judgment of the Supreme Court, Queens County, rendered February 26, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Santucci, Feuerstein and Adams, JJ., concur.